United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID DAVIS and PAGE GEARHART-DAVIS,

        Plaintiffs,

  v.

MICHAEL HERMAN, ET AL.,

        Defendants.

No. C 09-00257 JSW

**SUA SPONTE JUDICIAL REFERRAL TO DETERMINE RELATIONSHIP OF CASES**

Pursuant to Civil Local Rule 3-12(c), the Court ORDERS that the above-captioned case is referred to Magistrate Judge Elizabeth D. LaPorte to determine if it is related to *David Davis and Page Gearhart-Davis v. Clearlake Police Department, et al.*, 07-3365.

**IT IS SO ORDERED.**

Dated: February 5, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DAVID DAVIS et al,

        Plaintiff,

  v.

MICHAEL HERMAN et al,

        Defendant.

Case Number: CV09-00257 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 5, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David Davis
2043 Nicolas Drive
Yuba City, CA 95993

Page Gearhart-Davis
2043 Nicolas Drive
Yuba City, CA 95993

Dated: February 5, 2009

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk