IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID DAVIS, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>MICHAEL HERMAN, et al.,<br><br>    Defendants.<br>_____ | No. 09-0257 PJH |
| DAVID DAVIS, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>MICHAEL HERMAN, et al.,<br><br>    Defendants.<br>_____/ | No. 09-1743 CW<br><br>JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES |

    Pursuant to Civil L.R. 3-12(c), this Court, sua sponte, refers the above-captioned cases to District Judge Phyllis J. Hamilton to consider whether these cases are related.  Plaintiffs shall file any response in opposition to or support of relating the cases within five (5) days of receipt of this Order.

Dated  6/8/09

CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DAVID DAVIS et al,

        Plaintiff,

v.

MICHAEL HERMAN et al,

        Defendant.

Case Number: CV09-01743 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 8, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David Davis
Page Gearhart-Davis
2043 Nicolas Drive
Yuba City, CA 95993

Dated: June 8, 2009

                                  Richard W. Wieking, Clerk
                                  By: Sheilah Cahill, Deputy Clerk

2